468 P.2d 376

**COMMERCIAL ENGINEERING CORP. of Arizona, an Arizona Corporation, Appellant,**

v.

**MADISON CHEVROLET INC., an Arizona Corporation, Appellee.**

**No. 9868–PR.**

Supreme Court of Arizona.

· March 17, 1970.

## ORDER

PER CURIAM.

Order of December 23, 1969, granting Petition for Review, vacated [review denied].

Opinion below, 10 Ariz.App. 529, 460 P. 2d 200.